IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROBERT LEONARD,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
06-CV-0107
NAM/GHL

**STIPULATION OF REMAND**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP - 7 2006
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action, that, the case be remanded pursuant to the sixth sentence of 42 U.S.C. § 405(g) for the purpose of holding a new hearing.

This matter remains a pending case before the district court.

Dated: August 28, 2006

*Robert Leonard*
Robert Leonard, pro-se
38 Gaylord Street, #2
Binghamton, New York 13904

Dated: August 22, 2006

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
Syracuse, New York 13261-7198

By:   /s/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: September 7, 2006
Syracuse, New York

_____
HON. NORMAN A. MORDUE
Chief Judge