UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**<u>M I N U T E   O R D E R</u>**

ROBERT LEONARD

      V.                        Civil Action No. 3:06-CV-00107 (NAM/GHL)

COMMISSIONER OF SOCIAL
SECURITY, *Jo Anne B. Barnhart*

   The Court having signed a stipulation of remand pursuant to the Sixth sentence of 42 U.S.C. § 405(g), and all presently contemplated proceedings in this Court having been completed, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

   **IT IS HEREBY ORDERED THAT:**  the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code <u>18</u>) to the Administrative Office of the U.S. Courts.

     The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing.

   The clerk of the Court is directed to serve a copy of this order on all parties to the action.

Dated:  January 16, 2007

Norman A. Mordue
Chief United States District Court Judge